IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LAZO SANDOVAL, Ericks Misael :<br><br>       Petitioner, :<br><br>  : <br><br>  : <br><br>v. :<br><br>  :<br><br>WARDEN, STEWART DETENTION :<br>CENTER, :<br><br>  :<br><br>       Respondent. : | Case No. 7:26-cv-00128-WLS-AGH<br>28 U.S.C. § 2241 |

## NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION

On April 28th, 2026, Petitioner filed a habeas corpus with this Court, challenging his detention in immigration custody at the Stewart Detention Center in Lumpkin, GA (ECF,1). Pursuant to this Court's Order, Petitioner appeared for a custody redetermination hearing before an Immigration Judge.

Since the last filing, the Immigration Judge issued an order granting Petitioner's release from custody under bond. In light of the Immigration Judge's order granting Petitioner's release from custody under bond, the claims raised in the Petition are now moot. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner hereby **voluntarily dismisses** this action without prejudice.

Respectfully submitted, this July 14th, 2026.

/s/ Matthew O. Boles
Matthew Boles
GA Bar No. 904287
LA Bar No. 37593

SO ORDERED this _15th_ day
of _July_ 2026

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court

MANJI LAW, P.C.
5745 Lawrenceville Hwy, Tucker, GA 30084
Matt@manjilaw.com
941-524-7913

*Counsel for Petitioner*