IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ERICKS MISAEL LAZO SANDOVAL,      *

           Petitioner,         *

v.                              Case No.  7: 26-cv-128 (WLS-AGH)

                              *

WARDEN, IRWIN COUNTY DETENTION
CENTER,                           *

           Respondent.       *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated July 15, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of July, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk